

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Jesse Lucas Wilson, Appellant

No. 06-19-00076-CR        v.

The State of Texas, Appellee

Appeal from the 173rd District Court of Henderson County, Texas (Tr. Ct. No. CR16-0937-173). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify both of the trial court's judgments by deleting the assessments of $900.00 for attorney fees. As modified, the judgments of the trial court are affirmed.

We note that the appellant, Jesse Lucas Wilson, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED AUGUST 30, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk